## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                      CASE NO.  3:08cr46/LAC

RUSSELL JAMES ANTHONY, et al

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on June 5, 2008
Motion/Pleadings: MOTION TO UNSEAL INDICTMENT
Filed by  Government                        on 6/5/08              Doc.# 72
RESPONSES:
                                             on                    Doc.#
                                             on                    Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Irma McCain-Coby

LC (1 OR 2)                              Deputy Clerk: Irma McCain-Coby

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of June, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b)*

s/*L.A. Collier*

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.