# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:08cr46 LAC

RUSSELL ANTHONY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __July 10, 2008__

Motion/Pleadings: __MOTION TO DISMISS OR STRIKE GOVERNMENT'S ENHANCEMENT INFORMATION__

Filed by __DEFENDANT__ on __6/20/08__ Doc.# __99__

RESPONSES:

BY GOVERNMENT on __7/21/08__ Doc.# __155__

on _____ Doc.# _____

___ Stipulated ___ Joint Pldg.
___ Unopposed ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice.*

                                                      s/*L.A. Collier*

                                                  *LACEY A. COLLIER*
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.